[850 NE2d 11, 817 NYS2d 197]

In the Matter of CHARLES P. MYLES, JR.

Decided May 2, 2006

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Charles P. Myles, Jr. is suspended without pay, effective immediately, from his office of Justice of the Esperance Town Court, Schoharie County, pursuant to New York Constitution, article VI, § 22 (f), (g) and Judiciary Law § 44 (8) (b), (c). Justice Myles specifically requested that if he were suspended, the suspension be without pay.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.